461 A.2d 890

State Farm Mutual v. Iadonisi, Appellant.

Argued April 7, 1983. B. Alan Dash, for appellant; Alan Jay Dion, for appellee.

Before SPAETH, WIEAND and HOFFMAN, JJ.

Order affirmed.